[No. 18584-9-II.    Division Two.    July 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
BERRELLEZA-ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-02286-7, Frederick B. Hayes, J., entered
August 2, 1994. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18683-7-II.    Division Two.    July 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE
ANDRE ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01707-3, Donald H. Thompson, J., entered
September 27, 1994. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Morgan and Turner, JJ.

[No. 35021-8-I.    Division One.    July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILSON
KEES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02934-5, JoAnne Alumbaugh, J., entered
July 29, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35157-5-I.    Division One.    July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CARL LAUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 94-1-00098-4, George McIntosh, J., entered
July 28, 1994. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Baker, C.J., and Cox, J.